JAMES F. MOONEY, Respondent, *v.* JOHN LOUGHLIN, Appellant.

(Argued April 29, 1887; decided May 13, 1887 )

THE sufficiency of the evidence to sustain the judgment was the only question presented in this action.

*Roger A. Pryor* for appellant.

*Daniel G. Harriman* for respondent.

DANFORTH, J., reads for affirmance.
All concur, except RAPALLO, J., dissenting, and EARL, J., not voting.
Order affirme .

---

In the Matter of the Petition of JOSHUA L. WADLEY, for leave to issue execution, Respondent, *v.* JOSEPH H. DAVIS et al., Appellants.

(Submitted May 3, 1887; decided May 13, 1887 )

*William Tiffany* for appellants.

*Cyrus Whitney* for respondent.

Agree to affirm ; no opinion.
All concur.
Order affirmed.